**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PROFILE TECHNOLOGIES, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**91-1418002** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2 Park Avenue, Suite 201**<br>**Manhasset, NY**<br>ZIP Code **11030** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Albequerque, NM** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **PROFILE TECHNOLOGIES, INC.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

■ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)         (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **PROFILE TECHNOLOGIES, INC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Randall S. D. Jacobs**
Signature of Attorney for Debtor(s)

**Randall S. D. Jacobs**
Printed Name of Attorney for Debtor(s)

**RANDALL S. D. JACOBS, PLLC**
Firm Name

**110 Wall Street
11th Floor
New York, NY 10005-3718**
Address

**Email: rsdjacobs@chapter11esq.com
212 709 8116  Fax: 973 226 8897**
Telephone Number

**May  9, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard L. Palmer, Esq.**
Signature of Authorized Individual

**Richard L. Palmer, Esq.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May  9, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Eastern District of New York

In re **PROFILE TECHNOLOGIES, INC.**      Case No.
Debtor(s)      Chapter **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **000-29196**.

2. The following financial data is the latest available information and refers to the debtor's condition on **3/31/2011**.

   a. Total assets      $ **332,882.00**

   b. Total debts (including debts listed in 2.c., below)      $ **1,331,328.00**

   c. Debt securities held by more than 500 holders:

   | | | | | | Approximate number of holders: |
   |---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock      **0**      **0**

   e. Number of shares common stock      **18,665,620**      **1,300**

   Comments, if any:

3. Brief description of Debtor's business:
   **Non-invasive, electromagnetic pipeline inspection technology and services development**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Murphy Evans**
   **Henry E. Gemino**

# United States Bankruptcy Court
## Eastern District of New York

In re  **PROFILE TECHNOLOGIES, INC.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **AFCO**<br>4501 College Boulevard<br>Suite 320<br>Leawood, KS 66211 | **AFCO**<br>14 Wall Street, Suite 8A-<br>New York, NY 10005 | **INSURANCE COVERAGE RENDERED** | | **2,697.42** |
| **AT & T**<br>208 South Akard Street<br>Dallas, TX 75202 | **AT & T**<br>208 South Akard Street<br>Dallas, TX 75202 | **COMMUNICATIONS SERVICES RENDERED** | | **Unknown** |
| **CHARTIS INSURANCE**<br>175 Water Street<br>New York, NY 10038 | **CHARTIS INSURANCE**<br>175 Water Street<br>New York, NY 10038 | **D & O INSURANCE COVERAGE** | | **100,000.00** |
| **CNA INSURANCE COMPANIES**<br>333 S Wabash Avenue<br>1st Floor<br>Chicago, IL 60604-4250 | **CNA INSURANCE COMPANIES**<br>333 S Wabash Avenue<br>1st Floor<br>Chicago, IL 60604-4250 | **INSURANCE COVERAGE PROVIDED** | | **387.96** |
| **CONTINENTAL STOCKTRANSFER**<br>17 Battery Place<br>8th Floor<br>New York, NY 10004 | **CONTINENTAL STOCK TRANSFE** | **Services provided** | | **786.52** |
| **ELECTRO RENT CORP.**<br>6060 Sepulveda Boulevard<br>Van Nuys, CA 91411 | **ELECTRO RENT CORP.**<br>6060 Sepulveda Boulevard<br>Van Nuys, CA 91411 | **EQUIPMENT RENTAL SERVICES RENDERED** | | **Unknown** |
| **EMPIRE PRISM EPO**<br>PO Box 11744<br>Newark, NJ 07101-4744 | **EMPIRE PRISM EPO**<br>PO Box 11744<br>Newark, NJ 07101-4744 | **SERVICES RENDERED** | | **33,730.42** |
| **ESTATE CHUCK CHRISTENSON**<br>c/o Rolf Burkhardt<br>730 East Hawthorne Street<br>Arlington Heights, IL 60004 | **Rolf Burkhardt**<br>**ESTATE CHUCK CHRISTENSON**<br>c/o Rolf Burkhardt<br>730 East Hawthorne Street<br>Arlington Heights, IL 60004<br>708 703 1649 | **Deferred compensation owed** | | **109,500.00** |
| **ESTATE OF G. L. SCOTT**<br>PO Box 986<br>Rogue River, OR 97537 | **ESTATE OF G. L. SCOTT**<br>PO Box 986<br>Rogue River, OR 97537 | **DEFERRED COMPENSATION** | | **24,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **PROFILE TECHNOLOGIES, INC.** Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ESTATE WILLIAM KRIVSKY 117 Premi Road Nashua, NY 06063 | ESTATE WILLIAM KRIVSKY 1 Premi Road Nashua, NH | Deferred Compensation | | 53,000.00 |
| GRAF, REPETTI & CO., LLP 1114 Avenue of Americas New York, NY 10036 | GRAF, REPETTI & CO., LLP 1114 Avenue of Americas New York, NY 10036 | ACCOUNTING SERVICES RENDERED | Disputed | 7,215.00 |
| HC SERRES, INC. 11222 SE 30th Street Bellevue, WA 98004 | HC SERRES, INC. 11222 SE 30th Street Bellevue, WA 98004 | SERVICES RENDERED | | 1,000.00 |
| JOHN TSUNG-FEN KUO 11 Hoffman Lane Blauvelt, NY 10913 | JOHN TSUNG-FEN KUO 11 Hoffman Lane Blauvelt, NY 10913 | Deferred Compensation | | 45,900.00 |
| JOSEPH GALBRAITH 564 Maryland Street Road Lyons, NY 14489 | JOSEPH GALBRAITH 564 Maryland Street Road Lyons, NY 14489 | DEFERRED EXPENSE REIMBURSEMENT | | 1,829.00 |
| LEO SENDER 29 Castle Ridge Drive East Hanover, NJ 07936 | LEO SENDER 29 Castle Ridge Drive East Hanover, NJ 07936 | Deferred Compensation | | 250.00 |
| LONG ISLAND PROPTY MGT. Two Park Avenue Manhasset, NY 11030 | LONG ISLAND PROPTY MGT. Two Park Avenue Manhasset, NY 11030 | RENT PAYMENT DUE | | 1,028.50 |
| PULSE POWER PHYSICS, INC. 1039 Red Oaks Loop, NE Albuquerque, NM 87122-1307 | PULSE POWER PHYSICS, INC. 1039 Red Oaks Loop, NE Albuquerque, NM 87122-1307 | SCIENCE SERVICES RENDERED | | 60,814.78 |
| SCOTT MEAKER 910 8th Avenue Seattle, WA 98104 | SCOTT MEAKER | | | 18,000.00 |
| SHULMAN,COHEN,FURST & CO. 45 West 45th Street 12th Floor New York, NY 10036 | SHULMAN,COHEN,FURST & CO. 45 West 45th Street 12th Floor New York, NY 10036 | ACCOUNTING SERVICES RENDERED | Disputed | 34,088.00 |
| TEAGUE PROPERTIES, INC. 504 El Paraiso, NE Suite A Albuquerque, NM 87113 | TEAGUE PROPERTIES, INC. 504 El Paraiso, NE Suite A Albuquerque, NM 87113 | RENTAL PAYMENT OWED | | 2,988.36 |

In re   **PROFILE TECHNOLOGIES, INC.**            Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 9, 2011**            Signature   **/s/ Richard L. Palmer, Esq.**
                                                                          **Richard L. Palmer, Esq.**
                                                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

AFCO
4501 COLLEGE BOULEVARD
SUITE 320
LEAWOOD KS 66211


AT & T
208 SOUTH AKARD STREET
DALLAS TX 75202


CHARTIS INSURANCE
175 WATER STREET
NEW YORK NY 10038


CNA INSURANCE COMPANIES
333 S WABASH AVENUE
1ST FLOOR
CHICAGO IL 60604-4250


CONTINENTAL STOCKTRANSFER
17 BATTERY PLACE
8TH FLOOR
NEW YORK NY 10004


ELECTRO RENT CORP.
6060 SEPULVEDA BOULEVARD
VAN NUYS CA 91411


EMPIRE PRISM EPO
PO BOX 11744
NEWARK NJ 07101-4744


ESTATE CHUCK CHRISTENSON
C/O ROLF BURKHARDT
730 EAST HAWTHORNE STREET
ARLINGTON HEIGHTS IL 60004


ESTATE OF G. L. SCOTT
PO BOX 986
ROGUE RIVER OR 97537


ESTATE WILLIAM KRIVSKY
117 PREMI ROAD
NASHUA NY 06063

GRAF, REPETTI & CO., LLP
1114 AVENUE OF AMERICAS
NEW YORK NY 10036


HC SERRES, INC.
11222 SE 30TH STREET
BELLEVUE WA 98004


HENRY C. GEMINO
5 STRICKLAND PLACE
MANHASSET NY 11030


JOHN AGUNZO
19 CROYDEN STREET
NEW HYDE PARK NY 11040


JOHN TSUNG-FEN KUO
11 HOFFMAN LANE
BLAUVELT NY 10913


JOSEPH GALBRAITH
564 MARYLAND STREET ROAD
LYONS NY 14489


LEO SENDER
29 CASTLE RIDGE DRIVE
EAST HANOVER NJ 07936


LONG ISLAND PROPTY MGT.
TWO PARK AVENUE
MANHASSET NY 11030


MURPHY EVANS
204 RAILROAD STREET
PO BOX 688
LAURINBURG NC 28532


PULSE POWER PHYSICS, INC.
1039 RED OAKS LOOP, NE
ALBUQUERQUE NM 87122-1307


RICHARD L. PALMER, ESQ.
3419 60TH STREET
LUBBOCK TX 79413

ROBERT C. GEIB
281 N. PENRYN ROAD
MANHEIM PA 17545

ROLF BURKHARDT, ESQ.
730 EAST HAWTHORNE STREET
ARLINGTON HEIGHT IL 60006

SCOTT MEAKER
910 8TH AVENUE
SEATTLE WA 98104

SHULMAN,COHEN,FURST & CO.
45 WEST 45TH STEET
12TH FLOOR
NEW YORK NY 10036

TEAGUE PROPERTIES, INC.
504 EL PARAISO, NE
SUITE A
ALBUQUERQUE NM 87113

THOMAS EVANS
1239 HOLROYD COURT
CHARLOTTE NC 28211

VALERIE CREW
29680 160TH STREET
DIKE IA 50624